UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MUZDHA KHALIL, )<br>)<br>Defendant. ) | Case No. 2:09MJ00171-GGH-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MUZDHA KHALIL__ , Case No. _2:09MJ00171-GGH-1_ , Charge _18USC § 1014, 1957 & 2_ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__ Release on Personal Recognizance

　　__ Bail Posted in the Sum of $_____

　　　　__ Unsecured Appearance Bond

　　　　__ Appearance Bond with 10% Deposit

　　　　__ Appearance Bond with Surety

　　　　__ Corporate Surety Bail Bond

　　✔ (Other)　　_Pretrial Conditions as stated on the record_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _May 28, 2009_ at _1:30 pm_ .

　　　　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court